# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **INDIA SPELLMAN** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 23-3342** |
| **v.** | : | |
| | : | |
| **FORMER DET. JAMES PITTS,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 9th day of May 2024, upon consideration of Defendants City of Philadelphia, Ohmarr Jenkins, and Henry Glenn's *partial motion to dismiss*, (ECF 12), Plaintiff India Spellman's response in opposition thereto, (ECF 15), Defendants' reply, (ECF 16), and the allegations in the amended complaint, (ECF 9), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion to dismiss is **GRANTED** as to Count X of the amended complaint; and **DENIED**, as to Counts VIII, IX, XI, XII, XIII, and XIV of the amended complaint.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*